159 A.3d 940

COMMONWEALTH of Pennsylvania, Respondent

v.

Rosha Charles WILLIAMS, Petitioner

No. 248 WAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal and Application to Stay Remainder of Sentence Pending Appeal are **DENIED**.